Dean Allen Steeves
P.O. Box 45
Rancho Santa Fe, CA 92067
(858) 756-8463
dean@3d-mktg.com

FILED
Jun 24 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ AlexandraS    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dean Allen Steeves<br><br>*plaintiff*<br><br>v.<br><br>INTERNAL REVENUE SERVICE<br><br>*Respondent* | **'22 CV0931 TWR MDD**<br><br>Motion to Void IRS Illegal Presentments/Negotiable Instruments issued to Camp Noble Inc., as per UCC 1-206<br><br>Date: June 24, 2022 |

## JURISDICTIONAL STATEMENT

This Court has original jurisdiction under 28 U.S.C. §1331. Sovereign Immunity is waived as per 5 U.S.C. §702. The Anti-Injunction Act (26 U.S.C. §7421) does not apply since this Act applies only when there exists a tax liability i.e. a taxpayer, which Camp Noble Inc. (CNI), as a matter of substantive Law, is not.

Further, this Court has the power to compel an agency to perform a duty owed to the Plaintiff under 28 U.S.C. §1361. In addition, as per FRCP 17(a)(1)(F), Plaintiff, as the authorized representative for all things pertaining to Brother's Keeper Ministries (BKM), the sole beneficiary and true owner of the funds in question, can sue in Plaintiff's own name.

## STATEMENT OF THE ISSUE

Since *"churches, their integrated auxiliaries"*, as per substantive Law (see below), are intrinsically tax-exempt and have no filing requirements, the IRS, by issuing its presentments to CNI, an *"integrated auxiliary"* of BKM, a non-organization Private *"church"*, has violated said substantive Law rendering its presentments illegal and unenforceable as per UCC 3-305(a)(1)(ii).

## STATEMENT OF THE CASE AND LAW

On April 28, 2022, Plaintiff returned the IRS presentments to the IRS Ogden UT and Cincinnati OH locations for cause and included a Constructive Notice instructing each location to void its Notice of Intent to Levy CNI based upon the substantive Law that precludes the IRS from having any relationship or agreement with either BKM or CNI (Exhibit "A"). The IRS ignored Plaintiff's Constructive Notices and failed to perform its lawful obligation to void its presentments/Negotiable Instruments as per UCC 3-104(d); consequently, Plaintiff is bringing the matter to this Court to handle.

In his Constructive Notices Plaintiff cited the substantive Law clearly establishing the lack of relationship and agreement between CNI and the IRS. This substantive Law, is the Mandatory Exceptions found in Congress' Tax Reform Act of 1969, Public Law 91-172 at Sections 508(c)(1)(A) and 6033(a)(2)(A)(i). The IRS, by issuing its presentments, has violated these Mandatory Exceptions, which exclude BKM from having any requirement to notify the Secretary it is applying for tax-exemption, which a _"church"_ intrinsically has[1], and from its _"integrated auxiliary"_, CNI, having any filing requirements.

Therefore, because _"churches, their integrated auxiliaries"_ are intrinsically tax-exempt and neither _"churches"_ nor their _"integrated auxiliaries"_ have any requirement to file with the IRS, including Form 990, the IRS presentments issued to CNI, as stated above, are illegal and unenforceable as per UCC 3-305(a)(1)(ii).

## CONCLUSION

The substantive Law cited above, conclusively nullifies the IRS "presumption" it has the authority to issue presentments to CNI; therefore, as per UCC 1-206, this

---

[1] *Branch Ministries v Rossetti, 211 F.3d 137, (2000).*
*"The Internal Revenue Code treats churches differently from other tax-exempt organizations. While a church may file for Section 501(c)(3) status, it is not required to do so in order to be tax-exempt. A church may simply hold itself out and claim tax-exempt status pursuant to Section 508(c). See 26 U.S.C. §508(c) ("New organizations must notify Secretary that they are applying for recognition of section 501(c)(3) status," but that requirement " shall not apply to churches, their integrated auxiliaries, and conventions or associations of churches").*

Court must find the existence of this fact a res judicata and either void the presentments sua sponte or under 28 U.S.C. §1361 compel the IRS to do so.

Respectfully submitted,

By: *[signature]* Date: June 24, 2022

Dean Allen Steeves, Authorized Representative of Brother's Keeper Ministries

Exhibit A – Motion to Void IRS Illegal Presentments as per UCC 1-206
Filed USDC Southern California – June 24, 2022

# EXHIBIT "A"

## CONSTRUCTIVE NOTICES

## SENT TO IRS

dean-allen: Steeves  
PO Box 45  
Rancho Santa Fe, CA 92067  
858.756.8463

Certified Mail / RR# 7020 3160 0000 0448 6744

Department of the Treasury  
Internal Revenue Service  
1973 Rulon White Blvd.  
Ogden, UT 84201  
Attn: Legal Department

## Constructive Notice To Void Illegal Presentments

*Notice to Fiduciary is Notice to All Fiduciaries*

Legal Department:

Under UCC 3-305(a)(1)(ii) illegality of a presentment voids its obligation. Therefore, as the authorized representative of Brother's Keeper Ministries, an unincorporated, unregistered, **non-organization** Private Sector *"church"*, of which CAMP NOBLE INC. (CNI) is an *"integrated auxiliary"*, I, dean-allen: steeves, am returning the Secretary's two (2) presentments to prevent CNI from participating in the Secretary's dishonor as per UCC 3-501(b)(3)(ii).

Under UCC 3-305(a), the right to enforce the obligation of a party to pay an instrument is subject to conditions. One of those conditions is the obligation must be legal and when it is shown to be illegal by other Law the right to enforce the obligation is nullified as per UCC 3-305(a)(1)(ii), as stated above. In addition, a presentment not containing a conspicuous statement indicating that it is non-negotiable or that UCC Article 3 does not govern it remains governed under UCC Article 3 as a **negotiable instrument** in accordance with UCC 3-104(d). The presentments the Secretary issued to CNI contain no such conspicuous statement; therefore, they remain governed as **negotiable instruments** under UCC Article 3.

The Secretary's presentments issued to CNI are illegal since the Secretary has no relationship with or nexus to *"churches, their integrated auxiliaries"* because Congress legislated no **substantive Law** granting the Secretary jurisdiction over

*"churches, their integrated auxiliaries"*. The only **substantive Law** Congress legislated regarding the Secretary and *"churches, their integrated auxiliaries"* is the **Mandatory Exceptions** found in Public Law 91-172, at 508(c)(1)(A) and 6033(a)(2)(A)(i). These **Mandatory Exceptions** were legislated by Congress for *"churches, their integrated auxiliaries"* because *"churches, their integrated auxiliaries"* are not taxpayers and as such, they lie outside IRS jurisdiction. Congress' **Mandatory Exceptions** to the special rules that apply **only** to 501(c)(3) **organizations** and other tax exempt **organizations** are in effect a Notice to the IRS that *"churches, their integrated auxiliaries"* are not within the scope of IRS jurisdiction **because a** Private Sector *"church"* is not an **organization** of any kind, including a religious organization. In addition, Congress passed no legislation and made no rules or regulations determining the type of entity that a *"church's" "integrated auxiliary"* can or cannot be. Congress' **Mandatory Exceptions** substantiate and affirm the Secretary's lack of relationship with or nexus to *"churches, their integrated auxiliaries"* respecting federal income taxes.

Therefore, as a matter of **conclusive and irrebuttable substantive Law** in the form of Congress' Mandatory Exceptions for *"churches, their integrated auxiliaries"* and the lack of any substantive Law granting the Secretary jurisdiction over *"churches, their integrated auxiliaries"*, the Secretary's presentments to CNI are illegal and therefore void in accordance with UCC 3-305(a)(1)(ii).

You **must** respond in writing within 30 days from the date of this Notice via an official document stating the presentments issued to CNI are void. Your failure to respond within the allotted timeframe, fulfilling the aforementioned requirement, will continue the Secretary's Dishonor and render the Secretary subject to compliance with the requirement above via judicial order.

Respectfully submitted this 28th day of April, 2022

Private sector Autograph _____
dean-allen: Steeves

cc: see attached list



Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030



9307 1107 5620 7016 4845 84

048565.867815.395520.25945 2 AB 0.412 1234

CAMP NOBLE INC
% ROBERT HOLCOMB
PO BOX 45
RCHO SANTA FE CA 92067-0045

048565

| | |
|---|---|
| Notice | SB |
| | CP504B |
| Tax period | December 31, 2009 |
| Form number | 1120 |
| Notice date | November 18, 2019 |
| Employer ID number | 20-5002959 |
| To contact us | Phone 800-829-0115 |
| Your Caller ID | 435919 |
| Page 1 of 6 | |

*205002959221*

## Notice of intent to seize (levy) your property or rights to property
## Amount due immediately *

This is a notice of intent to levy your property or rights to property. As we notified you before, our records show you have unpaid taxes for the tax period ending December 31, 2009 (Form 1120). If you don't call us immediately to make payment arrangements or we don't receive the amount due within 30 days from the date of this notice, we may levy your property or rights to property and apply it to the $ you owe.

[handwritten: Appealed for cause U 3-30 X (a)(1)(i)]

### Billing Summary

| | |
|---|---|
| Amount you owed | $1,100,267.56 * |
| Failure-to-pay penalty | 5,294.78 |
| **Amount due immediately** | * |

*Please call 800-829-0115 for penalty and interest charges and remaining balance.

Continued on back...

---



## Payment

CAMP NOBLE INC
% ROBERT HOLCOMB
PO BOX 45
RCHO SANTA FE CA 92067-0045

| | |
|---|---|
| Notice | CP504B |
| Notice date | November 18, 2019 |
| Employer ID number | 20-5002959 |

- Make your check or money order payable to the United States Treasury.
- Write your employer ID number (20-5002959), the tax period (December 31, 2009), and the form number (1120) on your payment and any correspondence.

Amount due immediately     [              ] *

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

205002959 XW CAMP 02 2 200912 670 00000000000

|  | SB |
|---|---|
| Notice | CP504B |
| Tax Period | December 31, 2009 |
| Notice date | November 18, 2019 |
| Employer ID number | 20-5002959 |
| Page 2 of 6 | |

## What you need to do immediately

**If you agree with the amount due and you're not working with an IRS representative**
- Pay the amount due of * immediately or we may file a Notice of Federal Tax Lien, the amount of interest will increase, and additional penalties may apply.
- Pay online or by phone, or mail a check or money order with the attached payment stub. You can pay online now at www.eftps.gov.

**If you disagree with the amount due**
Call us at 800-829-0115 to review your account with a representative. Be sure to have your account information available when you call. We'll assume you agree with the information in this notice if we don't hear from you.

## What you need to know

**Notice of Intent to Levy**
This notice is your Notice of Intent to Levy (Internal Revenue Code Section 6331(d)). If we don't receive the amount due within 30 days from the date of this notice, we may serve a Disqualified Employment Tax Levy or a Federal Contractor Levy, as explained in the enclosed Publication 594, IRS Collection Process. In most other situations, before we levy on your property or rights to property, we'll send you a notice that gives you the opportunity to request a Collection Due Process hearing, unless you have already received one.

Property or rights to property includes:
- Accounts receivable and other income
- Bank accounts
- Business assets



Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0030



9307 1107 5620 7016 4845 91

048566.867815.395520.25945 2 AB 0.412 1234

CAMP NOBLE INC
% ROBERT HOLCOMB
PO BOX 45
RCHO SANTA FE CA 92067-0045

048566

| | SB |
|---|---|
| Notice | CP504B |
| Tax period | December 31, 2010 |
| Form number | 1120 |
| Notice date | November 18, 2019 |
| Employer ID number | 20-5002959 |
| To contact us | Phone 800-829-0115 |
| Your Caller ID | 435919 |

Page 1 of 6



*205002959221*

## Notice of intent to seize (levy) your property or rights to property
## Amount due immediately:

This is a notice of intent to levy your property or rights to property. As we notified you before, our records show you have unpaid taxes for the tax period ending December 31, 2010 (Form 1120). If you don't call us immediately to make payment arrangements or we don't receive the amount due within 30 days from the date of this notice, we may levy your property or rights to property and apply it to the tax you owe.

### Billing Summary

| | |
|---|---|
| Amount you owed | $705,888.41 * |
| Failure-to-pay penalty | 3,506.53 |
| **Amount due immediately** | * |

*Please call 800-829-0115 for penalty and interest charges and remaining balance.

Continued on back...

## Payment

CAMP NOBLE INC
% ROBERT HOLCOMB
PO BOX 45
RCHO SANTA FE CA 92067-0045

| Notice | CP504B |
|---|---|
| Notice date | November 18, 2019 |
| Employer ID number | 20-5002959 |

- Make your check or money order payable to the United States Treasury.
- Write your employer ID number (20-5002959), the tax period (December 31, 2010), and the form number (1120) on your payment and any correspondence.

**Amount due immediately**  [ * ]

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039

205002959 XW CAMP 02 2 201012 670 00000000000

|  | SB |
|---|---|
| **Notice** | CP504B |
| **Tax Period** | December 31, 2010 |
| **Notice date** | November 18, 2019 |
| **Employer ID number** | 20-5002959 |
| **Page 2 of 6** | |

## What you need to do immediately

**If you agree with the amount due and you're not working with an IRS representative**

- Pay the amount due of * immediately or we may file a Notice of Federal Tax Lien, the amount of interest will increase, and additional penalties may apply.
- Pay online or by phone, or mail a check or money order with the attached payment stub. You can pay online now at www.eftps.gov.

**If you disagree with the amount due**

Call us at 800-829-0115 to review your account with a representative. Be sure to have your account information available when you call. We'll assume you agree with the information in this notice if we don't hear from you.

## What you need to know

**Notice of Intent to Levy**

This notice is your Notice of Intent to Levy (Internal Revenue Code Section 6331(d)). If we don't receive the amount due within 30 days from the date of this notice, we may serve a Disqualified Employment Tax Levy or a Federal Contractor Levy, as explained in the enclosed Publication 594, IRS Collection Process. In most other situations, before we levy on your property or rights to property, we'll send you a notice that gives you the opportunity to request a Collection Due Process hearing, unless you have already received one.

Property or rights to property includes:
- Accounts receivable and other income
- Bank accounts
- Business assets

dean-allen: Steeves
PO Box 45
Rancho Santa Fe, CA 92067
858.756.8463

Certified Mail / RR# 7020 3160 0000 0448 8298

Department of the Treasury
Internal Revenue Service
PO BOX 145566.
Cincinnati, OH 45250-5566
Attn: Legal Department

## Constructive Notice To Void Illegal Presentments

*Notice to Fiduciary is Notice to All Fiduciaries*

Legal Department:

Under UCC 3-305(a)(1)(ii) illegality of a presentment voids its obligation. Therefore, as the authorized representative of Brother's Keeper Ministries, an unincorporated, unregistered, **non-organization** Private Sector *"church"*, of which CAMP NOBLE INC. (CNI) is an *"integrated auxiliary"*, I, dean-allen: steeves, am returning the Secretary's presentment to prevent CNI from participating in the Secretary's dishonor as per UCC 3-501(b)(3)(ii).

Under UCC 3-305(a), the right to enforce the obligation of a party to pay an instrument is subject to conditions. One of those conditions is the obligation must be legal and when it is shown to be illegal by other Law the right to enforce the obligation is nullified as per UCC 3-305(a)(1)(ii), as stated above. In addition, a presentment not containing a conspicuous statement indicating that it is non-negotiable or that UCC Article 3 does not govern it remains governed under UCC Article 3 as a **negotiable instrument** in accordance with UCC 3-104(d). The presentment the Secretary issued to CNI contains no such conspicuous statement; therefore, it remains governed as a **negotiable instrument** under UCC Article 3.

The Secretary's presentment issued to CNI is illegal since the Secretary has no relationship with or nexus to *"churches, their integrated auxiliaries"* because Congress legislated no **substantive Law** granting the Secretary jurisdiction over

*"churches, their integrated auxiliaries"*. The only **substantive Law** Congress legislated regarding the Secretary and *"churches, their integrated auxiliaries"* is the **Mandatory Exceptions** found in Public Law 91-172, at 508(c)(1)(A) and 6033(a)(2)(A)(i). These **Mandatory Exceptions** were legislated by Congress for *"churches, their integrated auxiliaries"* because *"churches, their integrated auxiliaries"* are not taxpayers and as such, they lie outside IRS jurisdiction. Congress' **Mandatory Exceptions** to the special rules that apply **only** to 501(c)(3) **organizations** and other tax exempt **organizations** are in effect a Notice to the IRS that *"churches, their integrated auxiliaries"* are not within the scope of IRS jurisdiction **because a** Private Sector *"church"* is not an **organization** of any kind, including a religious organization. In addition, Congress passed no legislation and made no rules or regulations determining the type of entity that a *"church's"* *"integrated auxiliary"* can or cannot be. Congress' **Mandatory Exceptions** substantiate and affirm the Secretary's lack of relationship with or nexus to *"churches, their integrated auxiliaries"* respecting federal income taxes.

Therefore, as a matter of **conclusive and irrebuttable substantive Law** in the form of Congress' Mandatory Exceptions for *"churches, their integrated auxiliaries"* and the lack of any substantive Law granting the Secretary jurisdiction over *"churches, their integrated auxiliaries"*, the Secretary's presentments to CNI are illegal and therefore void in accordance with UCC 3-305(a)(1)(ii).

You **must** respond in writing within 30 days from the date of this Notice via an official document stating the presentment issued to CNI is void. Your failure to respond within the allotted timeframe, fulfilling the aforementioned requirement, will continue the Secretary's Dishonor and render the Secretary subject to compliance with the requirement above via judicial order.

Respectfully submitted this 28th day of April, 2022

Private sector Autograph _____
dean-allen: Steeves

cc: see attached list



Department of the Treasury
Internal Revenue Service
PO BOX 145566
CINCINNATI OH 45250-5566



9314 8107 5620 7275 8965 61

| Notice | CP297 |
|---|---|
| Notice date | February 10, 2020 |
| Taxpayer ID number | 20-5002959 |
| To contact us | 800-829-3903 |
| Page 1 of 5 | |

000888.890809.482747.27971 3 MB 0.439 2397



000888

CAMP NOBLE INC
% ROBERT HOLCOMB
PO BOX 45
RCHO SANTA FE CA 92067-0045

Intent to seize your assets and notice of your right to a hearing

## Amount due immediately: $1,841,361.21

We haven't received full payment despite sending you several notices about your unpaid federal taxes. The IRS may seize (levy) your property or your rights to property. However, you can appeal the proposed seizure (levy) of your assets by requesting a Collection Due Process hearing (Internal Revenue Code Section 6330) by **March 11, 2020.**

**Billing Summary**

| | |
|---|---:|
| Amount you owed | $1,806,155.97 |
| Additional failure-to-pay penalty | 35,205.24 |
| Additional interest charges | 0.00 |
| **Amount due immediately** | **$1,841,361.21** |

### What you need to do immediately

**Pay immediately**

* Send us the amount due of $1,841,361.21, or we may seize (levy) your property on or after March 11, 2020.

Continued on back...

---



## Payment

INTERNAL REVENUE SERVICE
OGDEN UT 84201-0102

CAMP NOBLE INC
% ROBERT HOLCOMB
PO BOX 45
RCHO SANTA FE CA 92067-0045

| Notice | CP297 |
|---|---|
| Notice date | February 10, 2020 |
| Taxpayer ID number | 20-5002959 |

* Make your check or money order payable to the United States Treasury.
* Write your Taxpayer ID number, the tax period(s) and form number(s) on your payment and any correspondence.

**Amount due immediately**       $1,841,361.21

---

Handwritten annotations: "Cause", "3-305(a)(6)(ii)"

| Notice | CP297 |
|---|---|
| Notice date | February 10, 2020 |
| Taxpayer ID number | 20-5002959 |

**Page 2 of 5**

| What you need to do immediately — **continued** | Pay immediately — **continued** |
|---|---|

- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov/payments for more information about:
  - Installment and payment agreements — download required forms or save time and money by applying online if you qualify
  - Automatic deductions from your bank account
  - Payroll deductions
  - Credit card payments

  Or, call us at 800-829-3903 to discuss your options.
- If you've already paid your balance in full or think we haven't credited a payment to your account, please send proof of that payment.

**Right to request a Collection Due Process hearing**

If you wish to appeal this proposed levy action, complete and mail the enclosed Form 12153, Request for a Collection Due Process or Equivalent Hearing, by **March 11, 2020**. Send the form to us at the address listed at the top of page 1. Be sure to include the reason you are requesting a hearing (see section 8 of, and the instructions to, Form 12153) as well as other information requested by the form. If you don't file Form 12153 by **March 11, 2020** you will lose the ability to contest Appeals' decision in the U.S. Tax Court.

**About Federal Tax Liens**

The tax lien is a claim against all of your property that arises once you have not paid your bill. If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien at any time, if we haven't already done so. The Notice of Federal Tax Lien publically notifies your creditors that the IRS has a lien (or claim) against all your property, including property acquired by you after the Notice of Federal Tax Lien is filed.

## Certificate of Service / Proof of Mailing

I, Doreen Angelucci, am over the age of 18, not a party to this action, and certify that copies of MOTION TO VOID IRS ILLEGAL PRESENTMENTS were sent to the parties at the addresses below via the U.S. Postal Service with tracking numbers as assigned.

**From:**
Dean Allen Steeves
PO Box 45
Rancho Santa Fe, CA 92067-0045

| **To:** | **Tracking Number** |
|---|---|
| Clerk of the Court<br>United States District Court<br>Southern District of California<br>333 West Broadway #420<br>San Diego CA 92101 | Plaintiff Filed in Person |
| INTERNAL REVENUE SERVICE<br>Charles P. Rettig, Commissioner<br>1111 Constitution Avenue N.W.<br>Washington, DC 20224 | Certified Mail / Return Receipt<br>7022 0410 0001 5419 8879 |
| Department of the Treasury<br>Internal Revenue Service<br>1973 Rulon White Blvd.<br>Ogden, UT 84201<br>Attn: Legal Department | Certified Mail / Return Receipt<br>7020 3160 0000 0448 6799 |
| Department of the Treasury<br>Internal Revenue Service<br>PO BOX 145566<br>Cincinnati, OH 45250-5566<br>Attn: Legal Department | Certified Mail / Return Receipt<br>7019 1120 0000 3120 1572 |
| Randy Grossman<br>U.S. Attorney's Office<br>Southern District of California<br>880 Front Street, Room 6293<br>San Diego, CA 92101-8893 | Certified Mail / Return Receipt<br>7022 0410 0001 5419 8886 |
| Merrick Garland, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Certified Mail / Return Receipt<br>7022 0410 0001 5419 8855 |

**I hereby certify the statement above is true and correct:**

By: _[signature]_                                                      Date: June 24, 2022