```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS138750
Cashier ID: asepulve
Transaction Date: 06/24/2022
Payer Name: Dean Steeves
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Dean Steeves
 Case/Party: D-CAS-3-22-CV-000931-001
 Amount:         $402.00
----------------------------------
CASH
 Amt Tendered:  $402.00
----------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00


There will be a fee of $53.00
charged for any returned check.
```